UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Appeal No. 22-2701

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellee, | ) |
| vs. | ) |
| | ) |
| | ) |
| TOU THAO, | ) |
| | ) |
| | ) |
| Appellant. | ) |

## **MOTION FOR EXTENSION OF TIME TO FILE APPEAL BRIEF**

On September 9, 2022, the United States Court of Appeals for the Eighth Circuit issued an Order establishing October 3, 2022, as the date on which Appellant's brief is due. This was the initial criminal appeal briefing schedule.

On September 20, 2022, Counsel for Appellant filed her first Motion for Extension of Time respectfully requesting a continuance of deadlines to late February 2023 for the following reasons. On September 22, 2022, the United States Court of Appeals for the Eighth Circuit issued an Order establishing November 2, 2022, as the new date on which Appellant's brief was due.

1

On October 24, 2022, Counsel for Appellant filed her second Motion for Extension of Time respectfully requesting a continuance of deadlines to late February 2023 for the following reasons. On October 24, 2022, the United States Court of Appeals for the Eighth Circuit issued an Order establishing December 2, 2022, as the new date on which Appellant's brief is due.

At this time, Counsel for Appellant makes her third Motion for Extension of Time to February 2023 for the same reasons.

The reasons for this request is that Counsel for Appellant represents Appellant in the corresponding State of Minnesota case (*State v. Tou Thao,* 27-CR-20-12949) which a stipulated evidence trial is underway. Counsel is writing the proposed findings of facts and written arguments which are scheduled to be due in December. Additionally, Counsel Robert Paule is scheduled to have surgery in December 2022 (previously January 2023, but was moved up), after the state trial finishes. As such, Counsel makes the continuance request for a mid to late February brief due date as this would give Counsel time post-surgery to adequately prepare their brief.

Counsel for Appellant has spoken with Appellee-counsel, AUSA Elizabeth Parr Hecker via email, who has no objection to a continuance to February 2023.

Respectfully submitted,


Dated: This 17th day of November, 2022      /s/ Natalie R. Paule
                                                                Natalie R. Paule (#0401590)
                                                                Paule Law P.L.L.C.
                                                                101 East Fifth Street
                                                                Suite 1500
                                                                St. Paul, MN 55101
                                                                T: (612) 440-3404
                                                                nrp@paulelaw.com

# CERTIFICATE OF COMPLIANCE

I. This document complies with the word limits of Fed. R. App. P. 27(d)(2) because this document contains 313 words.

II. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionately spaced typeface using Microsoft Word 365, 14 point Times New Roman.

Respectfully submitted,

Dated: This 17th day of November, 2022

/s/ Natalie R. Paule
Natalie R. Paule (#0401590)
Paule Law P.L.L.C.
101 East Fifth Street
Suite 1500
St. Paul, MN 55101
T: (612) 440-3404
nrp@paulelaw.com