IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No. 22-2910

UNITED STATES OF AMERICA,

Plaintiff-Appellant

v.

TOU THAO,

Defendant-Appellee

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

UNITED STATES' MOTION FOR VOLUNTARY
DISMISSAL OF CROSS-APPEAL

_____

Pursuant to Federal Rule of Appellate Procedure 42(b), the United States respectfully moves this Court to dismiss its appeal of the sentence imposed by the district court against defendant Tou Thao on July 27, 2022. This motion applies to Case No. 22-2910 only. The United States will proceed as appellee in Case No. 22-2701.

Undersigned counsel has informed opposing counsel of the United States' intention to file this motion.

Respectfully submitted,

KRISTEN CLARKE
  Assistant Attorney General

s/ Elizabeth P. Hecker
TOVAH R. CALDERON
ELIZABETH P. HECKER
  Attorneys
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C. 20044-4403
  (202) 616-5550

# CERTIFICATE OF COMPLIANCE

I certify that the attached UNITED STATES' MOTION FOR VOLUNTARY DISMISSAL OF CROSS-APPEAL:

(1) complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 71 words; and

(2) complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Word 2019, in 14-point Times New Roman font.

s/ Elizabeth P. Hecker  
ELIZABETH P. HECKER  
Attorney

Date: January 10, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, I electronically filed the foregoing UNITED STATES' MOTION FOR VOLUNTARY DISMISSAL OF CROSS-APPEAL with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the appellate CM/ECF system.

I further certify that all parties are CM/ECF registered, and service will be accomplished by the appellate CM/ECF system.

s/ Elizabeth P. Hecker  
ELIZABETH P. HECKER  
 Attorney